# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2021 ND 13

In the Matter of Lawrence Didier

Frederick Fremgen, Stutsman County

State's Attorney,                                             Petitioner and Appellee

v.

Lawrence Didier,                                          Respondent and Appellant

### No. 20200217

Appeal from the District Court of Stutsman County, Southeast Judicial District, the Honorable Cherie L. Clark, Judge.

AFFIRMED.

Per Curiam.

Joseph K. Nwoga, Assistant State's Attorney, Jamestown, ND, for petitioner and appellee.

Tyler J. Morrow, Grand Forks, ND, for respondent and appellant.

**Per Curiam.**

[¶1] Lawrence Didier appeals from a district court order denying his petition for discharge from civil commitment. Didier argues the order denying his discharge from civil commitment was not supported by clear and convincing evidence he remains a sexually dangerous individual. Under our modified clearly erroneous standard of review, we conclude the district court's findings of fact and order are supported by clear and convincing evidence. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
       Gerald W. VandeWalle
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte